UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OLAJIDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02168-TLN-KJN (PS)<br><br><br>ORDER |

Plaintiff, who proceeds pro se, has requested permission to utilize the court's electronic filing system. (ECF No. 2.) Local Rule 133 provides that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. . . . All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules." E.D. Cal. L.R. 133(b)(2). Here, plaintiff's request does not set forth a compelling reason why the court should deviate from the Local Rules and its standard practice of disallowing the use of electronic filing by pro se litigants. Accordingly, IT IS HEREBY ORDERED that:

　　1.　Plaintiff's motion to utilize the electronic filing system (ECF No. 2) is DENIED.

　　IT IS SO ORDERED.

Dated: October 24, 2017

14/17-2168.olajide.EFS order

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1