UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD OLAJIDE,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>Defendants. | No. 2:17-cv-02168-TLN-KJN PS<br><br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 30, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 40.) On February 14, 2018, Plaintiff filed a request for reconsideration of the magistrate judge's ruling (ECF No. 41), which the Court construes as objections to the findings and recommendations, and which have been considered by the Court.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the matter on the applicable law.

1

See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 40) are ADOPTED.
2. Defendants' motions to dismiss Plaintiff's complaint (ECF Nos. 12, 21) are GRANTED as to all Defendants without leave to amend.
3. Defendants' motion to quash service (ECF No. 12) is DENIED as moot.
4. The Clerk's entry of default as to Defendants Thomas Asker, Xavier Becerra, Rob Bonta, Edmund G. Brown, Brian Cardwell, John Chiang, Tevor Dewar, Elizabeth Dunas, Michelle Gregory, Taylor Herrlinger, Sean Kelly, Tera Mackey, Jared Metcalft, Nason Namikawa, Mike Robertson, Nancy Skinner, Michael Sparks, John Winn (ECF No. 22) is set aside.
5. The Clerk of Court shall close the case.

Dated: February 20, 2018

Troy L. Nunley
United States District Judge